UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MANUEL L. BODY,** )<br>           )<br>           Petitioner, )<br>           )<br>     vs. )<br>           )<br>**DIRECTOR OF THE DEPARTMENT OF** )<br>**CORRECTIONS,** )<br>           )<br>           Respondent. )<br>_____) | No. CV 09-1645-VBF(AJW)<br><br>JUDGMENT |

   **IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

DATED: April 16, 2009

                                        *Valerie Baker Fairbank*
                                        _____
                                        Valerie Baker Fairbank
                                        United States District Judge